**Order entered October 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00297-CR

### SAUL RANULFO HERRERA RIOS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-24112-P**

## ORDER

Before the Court is the October 7, 2019 letter from the trial court requesting an extension of time to respond to the Court's September 9, 2019 order regarding appellant's jury waiver. We **GRANT** the request. The trial court's supplemental clerk's record containing findings of fact and conclusions of law and any supporting documentation regarding appellant's jury waiver shall be filed on or before November 11, 2019.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE